**KOFFSKY & FELSEN, LLC**
1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500

MEMO ENDORSED

March 20, 2020

**Via ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:  United States v. Jason White**
    **7:15cr570 (KMK)**

Dear Judge Karas:

As a result of defendant Jason White's application for relief following the U.S. Supreme Court's holding in U.S. v. Davis, 588 U.S. ___ (2019), the undersigned is preparing to represent Mr. White at his resentencing which has been scheduled for April 16, 2020. I respectfully request that the Court adjourn Mr. White's resentencing to the second half of May or at a later time convenient to the Court.

As a result of the Coronavirus and its resulting lock-down of the various New York City detention facilities, the undersigned has not had the ability to meet with Mr. White and discuss with him his resentencing. Additionally, the undersigned has not yet received the U.S. Probation Department's Amended Presentence Report and is unsure whether, under the circumstances, the report will be prepared prior to the scheduled resentencing date.

The undersigned has discussed the continuance request with A.U.S.A. George Turner who has indicated that he has no objection to this request.

For the above stated reasons, the undersigned respectfully requests that the Court adjourn Mr. White's re-sentencing to the second half of May or at a later time convenient to the Court.

Respectfully submitted
_Bruce D. Koffsky_
Bruce D. Koffsky

cc: George Turner, A.U.S.A.

Granted.
Sentence is moved to
May 21, 2020, at 11:00.

So Ordered
KMK
3/23/20