# Koffsky & Felsen, LLC

**MEMO ENDORSED**

1150 Bedford Street
Stamford, Connecticut 06905
Tel. (203) 327-1500
Fax. (203) 327-7660
bkoffsky@snet.net

**Via ECF and Email**

May 15, 2020

Hon. Judge Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

### Re: United States v. Jason White
### 7:15cr570 (KMK)

Dear Judge Karas:

I represent Jason White in the above referenced matter. Mr. White is currently before the Court with regards to his application to be resentenced pursuant to United States v. Davis, 139 S. Ct. 2319 (June 24, 2019). The defendant's resentencing is currently scheduled for May 21, 2020 and pursuant to the Court's order of today, this resentencing would be via teleconference. I write today on behalf of the defendant and with the consent of the government to request that defendant's resentencing be continued for thirty (30) days. I make this request for the following reasons:

For almost two months, it has been impossible for counsel to have meaningful contact with Mr. White to confidentially discuss the import of the Davis decision, what claims Mr. White might have to seek an appropriate sentence and for the undersigned to adequately prepare for sentencing. Additionally, both the undersigned and counsel for the government would like an opportunity to determine if Mr. White's resentencing via teleconference would be authorized pursuant to Section 15002 of the CARES Act and if there are "specific reasons" that his sentencing cannot be "further delayed without serious harm to the interests of justice."

As a result of the above, counsel for the defendant respectfully requests that the Court continue Mr. White's resentencing for thirty (30) days.

Respectfully submitted,

_/s/ Bruce D. Koffsky
Bruce D. Koffsky

BDK/me
cc: George Turner, AUSA via email

*Granted. The sentence will go forward on 6/23/20, at 2:00p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

5/18/20